UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JOAO CONTROL & MONITORING SYSTEMS, LLC** | |
| Plaintiff, | HONORABLE Mark A. Goldsmith |
| v. | Civil Action No. 4:13-cv-13615 |
| **FORD MOTOR COMPANY,** | |
| Defendant. | |

## ORDER

In consideration of the Parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff, Joao Control & Monitoring Systems, LLC and Defendant, Ford Motor Company, the stipulated motion is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

Dated: July 22, 2014  
       Flint, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 22, 2014.

                                           s/Deborah J. Goltz
                                           DEBORAH J. GOLTZ
                                           Case Manager